

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brandon Nathaniel Arndt,                    * From the 39th District Court
                                              of Throckmorton County,
                                              Trial Court No. 1288.

Vs. No. 11-20-00032-CR                      * December 16, 2021

The State of Texas,                         * Memorandum Opinion by Williams, J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has inspected the record in this cause and notes that the trial court's judgment contains a clerical error. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to show Appellant's name to be BRANDON NATHANIEL ARNDT.

As modified, we affirm the judgment of the trial court.